THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CHARLES E. COX, Appellant.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied.   (See 286 N. Y. 137.)

In the Matter of the Claim of RAGNHILD CHRISTIANSEN,
Respondent, against HILL REPRODUCTION COMPANY et al.,
Appellants.

Submitted October 6, 1941; decided October 16, 1941.

*Charles J. Nehrbas* for motion.
*Frank L. Ward* opposed.

Motion denied, with ten dollars costs.